**Order entered July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01493-CV

## IN RE TIMOTHY GILLUM, TRUSTEE OF THE GILLUM FAMILY MASTER HERITAGE TRUST AND REEF R. GILLUM, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03816**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **VACATE** our order dated November 24, 2014 staying the trial court's October 29, 2014

Judgment of Contempt. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID EVANS
         JUSTICE